In the Matter of the Estate of MARY O'CONNOR, Deceased. ALLEYNE M. RUNYON, Respondent; AGNES RAMPE, as Administratrix of the Estate of MARY O'CONNOR, Deceased, Appellant.

Submitted January 5, 1943; decided February 25, 1943.

*Thomas D. Austin, Elwood D. Hooper* and *Stephen J. Masse* for appellant.

*Frank J. McEwen* for respondent.

Order affirmed with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.